JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

**FILED: 3/10/14**

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JUNE MITCHELL FORMAN, AKA<br>JUNE CRUZ,<br><br>          Defendant | No. CV 13-08806 GHK (MRWx)<br><br>CONSENT JUDGMENT |

    Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, June Mitchell Forman, aka June Cruz, in the principal amount of $3,918.91 plus interest accrued to November 27, 2013, in the sum of $7,661.13; with interest accruing thereafter at 9.13% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**11,580.04**.

DATED:    3/9/14           By:_____
                              Honorable George H. King
                              Chief United States District Judge

Page 1